**The WOODSON ESTATES HOMES ASSOCIATION, Appellant,**

v.

**Jerry D. JOHN and Barbara John, Respondents.**

**No. WD 49429.**

Missouri Court of Appeals, Western District.

March 28, 1995.

Betty Jean Bond, Kansas City, for appellant.

David P. Hargrave, Kansas City, for respondents.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM:

The Woodson Estates Homes Association appeals the trial court's decision that a composite roof shingle made of wood fibers satisfied a restrictive covenant's requirement of "wood shingles." We affirm. Rule 84.16(b).